Sean N. Stewart, Spec. Asst. U.S. Atty., Kansas City, MO (Tammy Dickinson, U.S. Atty., Rhonda J. Wheeler, Acting Chief Counsel, Region VII, Soc. Security Admin., Kansas City, MO, of counsel, on the brief), for appellee.

BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jaibrianne Lacey and her mother, Mary F. Lacey, appeal the district court's [1] order affirming the denial of Jaibrianne's application for child's disability benefits, and also the denial of supplemental security income, as Jaibrianne turned 18 during administrative proceedings. Upon de novo review, see Bernard v. Colvin, 774 F.3d 482, 486 (8th Cir.2014), we are satisfied that the Commissioner's decision is supported by substantial evidence on the record as a whole. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

**Loren REYNA, also known as Two Bulls, Plaintiff–Appellant,**

v.

**Don HOLLOWAY; Kevin Thom, Sheriff et al., Pennington County Jail of Rapid City, South Dakota; Jodie McClure, RN Charging Nurse; Sergeant Steele,**

---

Charging Officer; Correctional Officer Maxfield; Lieutenant Haga; Jail Commander Grier, Defendants–Appellees,

A.P. Fuller, Defendant,

Sheriffs Deputy Smiths, Defendant–Appellee.

No. 14–2631.

United States Court of Appeals, Eighth Circuit.

Submitted: March 27, 2015.

Filed: April 8, 2015.

Loren Reyna, Sioux Falls, SD, pro se.

Jeffrey Robert Connolly, James S. Nelson, Gunderson & Palmer, Rapid City, SD, for Defendants-Appellees.

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

South Dakota inmate Loren Reyna appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Upon careful de novo review, *see Peterson v. Kopp,* 754 F.3d 594, 598 (8th Cir.2014), we agree with the district court's analysis, and we find no basis for reversal. Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota.